# FILED

JUL 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | No. 09-55906 |
| Plaintiff - Appellee, | D.C. No. 3:05-cv-01853-MMA-LSP |
| v. | |
| GOLDEN EAGLE INSURANCE CORPORATION, | MEMORANDUM[*] |
| Defendant - Appellant. | |

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | No. 09-55925 |
| Plaintiff - Appellant, | D.C. No. 3:05-cv-01853-MMA-LSP |
| v. | |
| GOLDEN EAGLE INSURANCE CORPORATION, | |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Michael M. Anello, District Judge, Presiding

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Argued and Submitted June 8, 2010
Pasadena, California

Before:    TROTT and W. FLETCHER, Circuit Judges, and BREYER, District Judge.[**]

We affirm for the reasons stated by the district court in the three orders relevant to this case. Those orders are (1) Order Granting in Part and Denying in Part Plaintiff's and Defendant's Motions for Summary Judgment, dated May 14, 2009; (2) Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendant's Motion for Summary Judgment, dated June 26, 2007; and (3) Order Denying Defendant's Motion to Dismiss, dated May 12, 2006.

**AFFIRMED.**

---

[**]    The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.